# Court of Appeals
# of the State of Georgia

ATLANTA,____March 19, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0024.  NAPOLEON HARRIS AND THINK WISER, INC. v. MEGAN BOWEN AND STEPHEN BOWEN.**

Applicants Napoleon Harris and Think Wiser, Inc. have filed an emergency motion for an extension of time to file an application for discretionary review of the February 20, 2015 final order and judgment in favor of Megan and Stephen Bowen. Applicants filed a motion for reconsideration of the final order and they contend that the earliest date for hearing this motion is after the deadline for filing their application for discretionary appeal. Upon consideration of the Applicants' emergency motion for an extension of time, the same is hereby GRANTED, and the deadline for filing an application for discretionary review is hereby extended until April 20, 2015.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*____03/19/2015_____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*